IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. _____ |
| | ) |
| TEVA PHARMACEUTICALS INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) ) |
| | ) |
| Defendants. | ) |

**SUPPLEMENTAL INFORMATION FOR PATENT CASES INVOLVING AN
ABBREVIATED NEW DRUG APPLICATION (ANDA)**

Plaintiff Otsuka Pharmaceutical Co., Ltd. ("Otsuka") hereby provides the information below with respect to the deadlines set forth in 21 U.S.C. § 355(j):

| | |
|---|---|
| Date Patentee Received Notice: | March 9, 2022 |
| Date of Expiration of the '730 Patent: | September 1, 2026 |
| Date of Expiration of the '694 Patent: | April 7, 2030 |
| Date of Expiration of the '735 Patent: | August 14, 2028 |
| Thirty Month Stay Deadline: | September 9, 2024 |

|  |  |
|---|---|
| | Morris, Nichols, Arsht & Tunnell LLP |
| | */s/ Jeremy A. Tigan* |
| OF COUNSEL: | Jack B. Blumenfeld (#1014) |
| | Jeremy A. Tigan (#5239) |
| John D. Murnane | 1201 North Market Street |
| Joshua I. Rothman | P.O. Box 1347 |
| Alicia A. Russo | Wilmington, DE  19899 |
| Zachary L. Garrett | (302) 658-9200 |
| Venable LLP | jblumenfeld@morrisnichols.com |
| 1290 Avenue of the Americas | jtigan@morrisnichols.com |
| New York, NY 10104-3800 | |
| (212) 218-2100 | *Attorneys for Plaintiff* |
| | *Otsuka Pharmaceutical Co., Ltd.* |
| April 22, 2022 | |