IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. _____ |
| | ) |
| TEVA PHARMACEUTICALS INC., TEVA PHARMACEUTICALS USA, INC., and TEVA PHARMACEUTICAL INDUSTRIES LTD., | ) ) ) ) |
| | ) |
| Defendants. | ) |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Otsuka Pharmaceutical Co., Ltd. ("Otsuka") declares:

(1) Otsuka is not a publicly traded company;

(2) Otsuka's parent company is Otsuka Holdings Co., Ltd.; and

(3) Otsuka Holdings Co., Ltd. owns more than 10% of Otsuka's stock.

MORRIS, NICHOLS, ARSHT & TUNNELL LLP

*/s/ Jeremy A. Tigan*

Jack B. Blumenfeld (#1014)
Jeremy A. Tigan (#5239)
1201 North Market Street
P.O. Box 1347
Wilmington, DE 19899
(302) 658-9200
jblumenfeld@morrisnichols.com
jtigan@morrisnichols.com

*Attorneys for Plaintiff*
*Otsuka Pharmaceutical Co., Ltd.*

OF COUNSEL:

John D. Murnane
Joshua I. Rothman
Alicia A. Russo
Zachary L. Garrett
VENABLE LLP
1290 Avenue of the Americas
New York, NY 10104-3800
(212) 218-2100

April 22, 2022