IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| OTSUKA PHARMACEUTICAL CO., LTD., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) C.A. No. 22-513-RGA |
| | ) |
| TEVA PHARMACEUTICALS INC. and | ) |
| TEVA PHARMACEUTICALS USA, INC., | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

At Wilmington this _____ day of _____, 2023, having considered Teva's Motion for Leave to File Sur-Reply in Opposition to Plaintiff's Motion for Leave to File First Amended Complaint and to Add Zhejiang Huahai Pharmaceutical Co., Ltd. as Defendant, and all papers and argument submitted in connection therewith;

IT IS HEREBY ORDERED that the motion is GRANTED.  Teva may file and serve the Sur-Reply attached as Exhibit A to its Motion.

_____
United States District Judge